

**PETER WELSH**
*Acting Clerk of Court*

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport:  (570) 323-6380

April 10, 2018

**Edward T Kennedy**
401 Tillage Road
Breingsville, PA 18031

RE:   3:18-cv-777   KENNEDY v. EVANCHICK, ET AL

Dear Plaintiff:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.
If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

Very truly yours,

PETER J. WELSH, Acting Clerk of Court

By: Lynda Hannick
Deputy Clerk

[ ] Petition for Writ of Habeas Corpus          [ X ] Complaint
[] Transfer From Other District                 [  ] Other
ENCLOSED: Notice of Consent regarding Magistrate Referral