FILED
WILLIAMSPORT

APR **1 6** 2018

Per_____
DEPUTY CLERK

April 15th 2018

<u>Sent by fax to 570 207 - 5650</u>

Peter Welsh, Acting Clerk of Court
United States District Court for the Middle District of Pennsylvania
William J Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Dear Acting Clerk of Court,

Re: Attached 3 pages from paser Civil Docket # 3:18-CV-00777

    1.    Plaintiff is    Edward Thomas Kennedy.
    2.    Plaintiff is NOT Edward T. Kennedy.
    3.    I, Edward Thomas Kennedy, do not and did not consent to a referral to a magistrate Judge in this or any case in your Court filed by me.
    4.    Jury Trial is Demanded, and please view, if needed, wonderful youtube videos from U.S. District Court proclaiming and claiming that my right to jury trial is guaranteed and sacred.

Please add / file this letter to to Court's Docket for this case. If questions please write, email or fax me.

                                                    Respectfully submitted,

                                                   *Edward Thomas Kennedy*

                                                   Edward Thomas Kennedy, Pro Se  [MBA]
                                                   401 Tillage Road
                                                   Breinigsville, Pennsylvania 18031
                                                   pillar.of.peace.2017@protonmail.com
                                                   kennedy2018@alumni.nd.edu
                                                   Telephone: <u>415-275-1244</u>
                                                   Fax: <u>570-609-1810</u>

Attached: 3 pages from pacer.gov link here:
https://ecf.pamd.uscourts.gov/cgi-bin/DktRpt.pl?104859667556524-L_1_0-1

04/15/2018 3:15 PM     15706091810        → 15702075650                        D 2

4/15/2018                       Pennsylvania Middle District Version 6.1

PROSEREF, SCR

# United States District Court
# Middle District of Pennsylvania (Scranton)
# CIVIL DOCKET FOR CASE #: 3:18-cv-00777-MEM-WIA

Kennedy v. Evanchick et al  
Assigned to: Honorable Malachy E Mannion  
Referred to: Magistrate Judge William I. Arbuckle  
Demand: $25,000,000,000  
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/10/2018  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Federal Question

**Plaintiff**

Edward T Kennedy          represented by   Edward T Kennedy
                                           401 Tillage Road
                                           Breingsville, PA 18031
                                           Email: kennedy2018@alumni.nd.edu
                                           PRO SE

V.

**Defendant**

**Robert Evanchick**  
*in his official and individual capacities*

**Defendant**

**Bradley J. Getz**  
*in his official and individual capacities*

**Defendant**

**Tyree C Blocker**  
*in his official and*

*individual capacities*

**Defendant**

**Richard H D'Ambrosia**
*in his official and individual capacities*

**Defendant**

**Pennsylvania State Police**

**Defendant**

**Leslie S. Richards**
*in her official and individual capacities*

**Defendant**

**Pennsylvania Department of Transportation**

**Defendant**

**Gregory D. Johnson**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2018 | 1 | COMPLAINT against All Defendants, filed by Edward T Kennedy. (Attachments: # 1 Civil Cover Sheet)(lh) (Entered: 04/10/2018) |
| 04/10/2018 | 2 | U.S. MARSHAL - 285, AO 398 and AO 399 Service Forms Completed by Plaintiff. (lh) (Entered: 04/10/2018) |
| 04/10/2018 | 3 | MOTION for Leave to Proceed in forma pauperis by Edward T Kennedy.(lh) (Entered: 04/10/2018) |
| 04/10/2018 | 4 | STANDING PRACTICE ORDER sent to plaintiff. (lh) (Entered: 04/10/2018) |

| 04/10/2018 | 5 | PRO SE LETTER ISSUED w/ Notice & Consent Form. (lh) (Entered: 04/10/2018) |
| --- | --- | --- |
| 04/10/2018 | | DOCKET ANNOTATION: This case has been assigned to Judge Mannion and referred to MJ Arbuckle (jw) (Entered: 04/13/2018) |

| PACER Service Center ||||
| --- | --- | --- | --- |
| Transaction Receipt ||||
| 04/15/2018 17:46:38 ||||
| PACER Login: | edwardthomasfamilyofkennedy:5124851:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:18-cv-00777-MEM-WIA |
| Billable Pages: | 1 | Cost: | 0.10 |

April 15th 2018

<u>*Sent by fax to 570 207 - 5650*</u>

Peter Welsh, Acting Clerk of Court
United States District Court for the Middle District of Pennsylvania
William J Nealon Federal Bldg.& U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Dear Acting Clerk of Court,

<u>**Re: Civil Docket # 3:18-CV-00697**</u>

1. Plaintiff is Edward Thomas Kennedy and Plaintiff is NOT Edward T. Kennedy.
2. I, Edward Thomas Kennedy, do not and did not consent to a referral to a Magistrate Judge in this or any case in your Court filed by me.
3. Jury Trial is Demanded, as written by me on page 25 of the Complaint, and the Case Cover Sheet box is checked yes for Jury Demanded.
4. Please add the following attachments that were mailed to you but do not appear in pacer.gov for the original complaint:
    a. Exhibit 1 County of Lehigh Right to Know Law Officer Johnston's response to Plaintiff's request for records. Johnston provides Plaintiff with a one page-letter and one-page document entitled Bench Warrant Failure to Appear, signed by Judge Baldwin. These two pages are attached.
    b. Exhibit 2, 2 pages, Petrus and Harassment.
5. Please remove personal identifying information including the copy of my Diplomatic passport and my religious credentials, which were included to proceed in forma pauperis.
6. Attached please find your one page letter to me, dated march 30, 2108. I do not understand. Please confirm that this case, Kennedy v Petrus,et al. was forwarded to the Court for consideration.

**Please add / file this letter and the attachment, to to Court's Docket for this case.**

If questions please write, email or fax me.

1

Respectfully submitted,

*Edward Thomas Kennedy*

---

Edward Thomas Kennedy, Pro Se [MBA]
401 Tillage Road
Breinigsville, Pennsylvania 18031
pillar.of.peace.2017@protonmail.com
kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810


Attached
A one page letter from Acting Clerk of Court Peter Welsh, dated March 30th 2018
to Edward Thomas Kennedy.

2

04/15/2018 3:38 PM        15706091810           → 15702075650                              ☐ 3



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

PETER WELSH
Acting Clerk of Court

(570) 207-5600  FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380

March 30, 2018

EDWARD THOMAS KENNEDY
401 TILLAGE ROAD
BREINGSVILLE, PA  18031

RE:   3:18-cv-697   KENNEDY v. PETRUS, ET AL
                    JUDGE MARIANI

Dear Plaintiff:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above. If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

Very truly yours,

PETER J. WELSH, Acting Clerk of Court

By: Lynda Hannick
    Deputy Clerk

[ ] Petition for Writ of Habeas Corpus         [ X ] Complaint
[ ] Transfer From Other District               [   ] Other
ENCLOSED: Notice of Consent regarding Magistrate Referral

April 15th 2018

<u>**Sent by fax to 570 207 - 5650**</u>

Peter Welsh, Acting Clerk of Court
United States District Court for the Middle District of Pennsylvania
William J Nealon Federal Bldg.& U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Dear Acting Clerk of Court,

<u>**Re: Civil Docket # 3:18-CV-00697**</u>

1. Plaintiff is Edward Thomas Kennedy and Plaintiff is NOT Edward T. Kennedy.
2. I, Edward Thomas Kennedy, do not and did not consent to a referral to a Magistrate Judge in this or any case in your Court filed by me.
3. Jury Trial is Demanded, as written by me on page 25 of the Complaint, and the Case Cover Sheet box is checked yes for Jury Demanded.
4. Please add the following attachments that were mailed to you but do not appear in pacer.gov for the original complaint:
   a. Exhibit 1 County of Lehigh Right to Know Law Officer Johnston's response to Plaintiff's request for records. Johnston provides Plaintiff with a one page-letter and one-page document entitled Bench Warrant Failure to Appear, signed by Judge Baldwin. These two pages are attached.
   b. Exhibit 2, 2 pages, Petrus and Harassment.
5. Please remove personal identifying information including the copy of my Diplomatic passport and my religious credentials, which were included to proceed in forma pauperis.
6. Attached please find your one page letter to me, dated march 30, 2108. I do not understand. Please confirm that this case, Kennedy v Petrus,et al. was forwarded to the Court for consideration.

**Please add / file this letter and the attachment, to to Court's Docket for this case.**

If questions please write, email or fax me.

1

Respectfully submitted,

*Edward Thomas Kennedy*

---

Edward Thomas Kennedy, Pro Se  [MBA]
401 Tillage Road
Breinigsville, Pennsylvania 18031
pillar.of.peace.2017@protonmail.com
kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810


Attached
A one page letter from Acting Clerk of Court Peter Welsh, dated March 30th 2018
to Edward Thomas Kennedy.

04/15/2018 3:45 PM     15706091810          → 15702075650                                    D 3



**UNITED STATES DISTRICT COURT**
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

PETER WELSH
Acting Clerk of Court

(570) 207-5600  FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

March 30, 2018

EDWARD THOMAS KENNEDY
401 TILLAGE ROAD
BREINGSVILLE, PA  18031

RE:   3:18-cv-697    KENNEDY v. PETRUS, ET AL
                     JUDGE MARIANI

Dear Plaintiff:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above. If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

Very truly yours,

PETER J. WELSH, Acting Clerk of Court.

By: Lynda Hannick
    Deputy Clerk

[ ] Petition for Writ of Habeas Corpus          [ X ] Complaint
[ ] Transfer From Other District                [   ] Other
ENCLOSED: Notice of Consent regarding Magistrate Referral

04 / 15 / 2018

April 15th 2018

<u>*Sent by fax to 570 207 - 5650*</u>

Peter Welsh, Acting Clerk of Court
United States District Court for the Middle District of Pennsylvania
William J Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Dear Acting Clerk of Court Welsh,

<u>Re: Civil Docket # 3:18-CV-00767, Kennedy v Dutcavage et al.</u>

1.  Plaintiff is Edward Thomas Kennedy and Plaintiff is NOT Edward T. Kennedy.
2.  I, Edward Thomas Kennedy, do not and did not consent to a referral to a Magistrate Judge in this or any case in your Court filed by me.
3.  <u>Demand is for five million and not five billion dollars. Please correct this also.</u>

**Please add / file this letter and the attachment, to to Court's Docket for this case.**
If questions please write, email or fax me.

Respectfully submitted,

*Edward Thomas Kennedy*
_____

Edward Thomas Kennedy, Pro Se [MBA]
401 Tillage Road
Breinigsville, Pennsylvania 18031
pillar.of.peace.2017@protonmail.com
kennedy2018@alumni.nd.edu
Telephone: <u>415-275-1244</u>
Fax: <u>570-609-1810</u>

Attached, Two pages from pacer.gov, link here:
https://ecf.pamd.uscourts.gov/cgi-bin/DktRpt.pl?927487643414585-L_1_0-1
to Edward Thomas Kennedy.

1

04/15/2018 4:14 PM        15706091810         → 15702075650                           □ 2
4/15/2018
Pennsylvania Middle District Version 6.1

PROSEREF, SCR

# United States District Court
# Middle District of Pennsylvania (Scranton)
# CIVIL DOCKET FOR CASE #: 3:18-cv-00767-RDM-SES

| | |
|---|---|
| Kennedy v. Dutcavage et al | Date Filed: 04/09/2018 |
| Assigned to: Honorable Robert D. Mariani | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Susan E. Schwab | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Demand: $5,000,000,000 | Jurisdiction: Federal Question |
| Cause: 18:1961 Racketeering (RICO) Act | |

### Plaintiff

**Edward T Kennedy**  represented by  **Edward T Kennedy**
401 Tillage Road
Breingsville, PA 18031
Email: kennedy2018@alumni.nd.edu
PRO SE

V.

### Defendant

**David John Dutcavage**
*in his official and individual capacities*

### Defendant

**George Francis Halcovage**
*in his official and individual capacities*

### Defendant

**Joseph G Groody**
*in his official and*

*individual capacities*

**Defendant**

County of Schuylkill, Pennsylvania

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2018 | 1 | COMPLAINT against All Defendants, filed by Edward T Kennedy. (Attachments: # 1 Civil Cover Sheet)(lh) (Entered: 04/09/2018) |
| 04/09/2018 | 2 | MOTION for Leave to Proceed in forma pauperis by Edward T Kennedy.(lh) (Entered: 04/09/2018) |
| 04/09/2018 | 3 | U.S. MARSHAL - 285, AO 398 and AO 399 Service Forms Completed by Plaintiff. (lh) (Entered: 04/09/2018) |
| 04/09/2018 | 4 | STANDING PRACTICE ORDER sent to plaintiff on 4/9/18. (lh) (Entered: 04/09/2018) |
| 04/09/2018 | 5 | PRO SE LETTER ISSUED w/ Notice & Consent Form. (lh) (Entered: 04/09/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2018 18:51:42 | | | |
| PACER Login: | edwardthomasfamilyofkennedy:5124851:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:18-cv-00767-RDM-SES |
| Billable Pages: | 1 | Cost: | 0.10 |