## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY
        Plaintiff,

v.                                                                  Civil Action No. 3:18-cv-00777
                                                                      TRIAL BY JURY DEMANDED
                                                                      First Amended Action of Trespass,
                                                                      and Trespass on the Case.

ROBERT EVANCHICK, in his official
and individual capacities,
BRADLEY J. GETZ,
in his official and individual capacities,
TYREE C. BLOCKER,
in his official and individual capacities,
RICHARD H. D'AMBROSIA,
in his official and individual capacities,
PENNSYLVANIA STATE POLICE,
LESLIE S. RICHARDS,
in her official and individual capacities,
PENNSYLVANIA DEPARTMENT
OF TRANSPORTATION,
GREGORY D. JOHNSON,
in his official and individual capacities,
THOMAS G. SAYLOR,
in his official and individual capacities,
JOSHUA DAVID SHAPIRO, and
in his official and individual capacities,
and the COMMONWEALTH OF PENNSYLVANIA,

First Amended Action
-1-

Defendants.

1. This First Amended Action amends by entire substitution the action filed April 10, 2018, in the above entitled court.

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

2. Edward Thomas. Kennedy, (hereinafter "Kennedy") is one of the people of the Pennsylvania, and in this court of record complains of each of the following: Robert Evanchick, in his official and individual capacities, Bradley J. Getz, in his official and individual capacities, Tyree C. Blocker, in his official and individual capacities, Richard H. D'ambrosia, in his official and individual capacities, Pennsylvania State Police, Leslie S. Richards, in her official and individual capacities, Pennsylvania Department of Transportation, Gregory D. Johnson, in his official and individual capacities, Thomas G. Saylor, in his official and individual capacities, Joshua David Shapiro, in his official and individual capacities, and the Commonwealth of Pennsylvania, hereinafter "Bandit," and all collectively "Bandits" who are each summoned to answer and declare under penalty of perjury the said in a plea of trespass, trespass on the case, trespass on the case - vicarious liability, failure to provide a republican form of government and trover, to wit:

INTRODUCTION

3.      Each Bandit exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully injured against his will, without jurisdiction or good cause. Said Bandits, without good cause, harmed Kennedy. From the moment he was harmed till the present, Kennedy, under color of law, was kept in constructive imprisonment. Although he objected to the assumed jurisdiction, those who kept him financially imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty or the return of stolen property from Kennedy. They continued to assume the jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Kennedy continues to be subject, under color of law, to the assumed jurisdiction, will and control of the Bandits.

4.      Through the courts, Kennedy encourages the government to obey the law.

SPECIFICS

5.      Each defendant acted in such a way, or failed to act in such a way, that Kennedy is deprived of his liberty. Each defendant acted to deprive Kennedy of his liberty; or each defendant failed to act to prevent the loss by Kennedy of his liberty. Further, each defendant is a willing participant in concert with each of the remaining defendants.

6.      At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency. The following paragraphs describe what the Bandits, under color of law, either acted or failed to act as obligated.

7.      Each defendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining defendants to affect the unlawful loss of

liberty of Kennedy. Defendants lied under oath in documents and records provided to Kennedy.

8. Kennedy involuntarily was brought before a court not of record and not a nisi prius court. Kennedy objected to the jurisdiction of the court. Saylor, Shapiro, Evanchick, Johnson and Richards ignored Kennedy's Common law petition to vacate a void judgement.

9. Defendants ignored Kennedy's objections, and proceeded under color of law. and stole funds from Kennedy.

10. Defendants have a duty to not cause Kennedy to be harmed under color of law, to not cause loss of liberty.

11. Further, defendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.

12. Defendants have breached that duty.

13. The damages for the injury caused by defendants' actions are $1,000 for each day of unlawful behaviors for each defendant.

14. The damages for the injury caused by defendant's' absence of required action is $5,000 for each failure to act for each defendant.

SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

15. Paragraphs 1 through 14 are included by reference as though fully stated herein.

16. By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

17. Defendants have a legal duty to use due care and not cause an injury to Plaintiff Kennedy or interfere with said rights in any way.

18. Defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to Plaintiff Kennedy in Dauphin County, Pennsylvania, on June 2, 2017 at Breinigsville, Pennsylvania, and on August 28, 29 and 30 in Lehigh County and Schuylkill County, Pennsylvania.

19. The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

20. Paragraphs 1 through 19 are included by reference as though fully stated herein.

21. Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

22. The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

23. Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff Kennedy to the actors. Each defendant is vicariously liable for each instance of injury to plaintiff.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT

24. Paragraphs 1 through 23 are included by reference as though fully stated herein.

25. Kennedy wishes Defendants to not breach their fiduciary duty to Kennedy. Defendant Thomas G. Saylor refused to provide Kennedy a Republican form of government[1] evidenced by the fact he refused Kennedy's certified letter requesting said form of government.[2]

26. Although the United States signed the legally binding United Nations Convention Against Corruption in December 2005, Plaintiff was injured by defendants with false arrests, false imprisonments and forced solitary confinements.

27. The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority.

28. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the

---

[1] Defendant Saylor claims to be King and makes judgements from the "King's Bench." Defendant Shapiro also claims to be royalty and/or nobility using the Esquire title.
[2] May 7, 2018, 9:49 am Refused. Harrisburg, PA 17105, Source: USPS website, USPS Postmaster.

United States were a democracy. The business model of Defendants is based on a foundation of deceptions, lies and fraud.

29. The damages claimed are all a result of the injuries.

## LAW OF THE CASE

30. The Federal Rules of Civil Procedure are the rules of the above entitled court. The rules shall be construed and administered to secure the just, speedy, and inexpensive determination of this action.

31. Exhibit "1" is incorporated by reference as though fully stated herein.

## REQUEST FOR RELIEF

32. For that cause of action therefore Plaintiff brings his suit.

33. WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On all causes of action:

34. For general damages in the sum of $1,000 for each day of unlawful behaviors for each defendant, or $5,000,000.00, whichever is greater;

35. For damages for the injury caused by defendant's' absence of required actions of $5,000 for each failure to act; or $15,000,000.00, whichever is greater;

36. That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

37. That the court order all the Bandits to expunge their records of Kennedy's name, his fines, tickets, and all other records, and return all fines from all cases to Kennedy;

38. That the court order all the Bandits to return the value of all bonds created in these matters in this case and that these said bonds be given to Kennedy;

39. For interest as allowed by law;

40. For costs of suit incurred;

41. That the court grant his lawyer fees and other related direct and indirect costs;

42. That the court grant such, other and further relief as the court deems proper;

43. I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Date: June 14, 2018, County of Lehigh, Pennsylvania.

*Edward Thomas Kennedy*  SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email: kennedy12@pm.me
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on June 14, 2018 that filed a copy of the above First Amended Action, and Exhibit 1 with the Clerk of this Court by ECF and served by US regular mail to the US Marshals Service at this court in Scranton properly completed USM-285 forms for all the defendants listed herein.

SEAL

*Edward Thomas Kennedy*
Edward Thomas Kennedy