IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY
      Plaintiff,

v.                                       Civil Action No. 3:18-cv-00777

ROBERT EVANCHICK, in his official
and individual capacities, et al.,
      Defendants.

## TAKE JUDICIAL COGNIZANCE

Edward Thomas Kennedy (hereinafter "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes a new judge to administrate his complaint, competent as a Supreme Court of the United States Justice, a common law judge, in the Law of the Case, Exhibit 1, included herein attached, and knows how to know, interpret, and defend the Constitution and the laws that must always conform to its mandates and promises.

July 3, 2018, Lehigh County, Pennsylvania.

                                              */s/ Edward Thomas Kennedy   - SEAL*

                                              _____

                                              Edward Thomas Kennedy
                                              401 Tillage Road
                                              Breinigsville, Pennsylvania 18031
                                              Email: pillar.of.peace.2012@gmail.com

-2-

CERTIFICATE OF SERVICE

I certify that on July 3, 2018, I electronically filed a copy of

TAKE JUDICIAL COGNIZANCE AND CERTIFICATE OF SERVICE

with the Clerk of the Court using CM/ECF system, and sent then to the following:

Notice to principal is notice to agent; notice to agent is notice to principal.

Sent by fax number 717-787-1734 to:
Robert Torres, Acting Secretary of State
Commonwealth of Pennsylvania Office of the Secretary
302 North Office Building
Harrisburg, PA 17120.

/s/ Edward Thomas Kennedy

_____

EDWARD THOMAS KENNEDY