-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY
        Plaintiff,

      v.                                Civil Action No. 3:18-cv-00777

ROBERT EVANCHICK, in his official
and individual capacities, et al.,
        Defendants.

## Notice to Clerk of Court
## TAKE JUDICIAL COGNIZANCE

Edward Thomas Kennedy (hereinafter "Plaintiff") is one of the people of

Pennsylvania, and in this court of record wishes the Clerk of Court to issue summons,

and perform service of process procedures with Plaintiff's Complaint and First Amended

Complaint including Law of the Case, Exhibit 1, with twenty-one (21) days to respond to the

following defendants at their addresses as follows:

Robert Evanchick
Pennsylvania State Police
Department headquarters
1800 Elmerton Avenue
Harrisburg, PA 17110

Bradley J. Getz
Pennsylvania State Police
Department headquarters
1800 Elmerton Avenue

Harrisburg, PA 17110

Tyree C. Blocker
Pennsylvania State Police
Department headquarters
1800 Elmerton Avenue
Harrisburg, PA 17110

Richard H. D'Ambrosia
Pennsylvania State Police
Department headquarters
1800 Elmerton Avenue
Harrisburg, PA 17110

Attention: General Counsel
Pennsylvania State Police
Department headquarters
1800 Elmerton Avenue
Harrisburg, PA 17110

Leslie S. Richards
Pennsylvania Department of Transportation Headquarters
400 North St, 8th Floor, Keystone Building,
Harrisburg, PA 17120

Attention: General Counsel
Pennsylvania Department of Transportation Headquarters
400 North St, 8th Floor, Keystone Building,
Harrisburg, PA 17120

Gregory D. Johnson
1025 Peters Mountain Road,
Dauphin, PA 17018

Notice: link for Johnston is:
https://ballotpedia.org/Gregory_D._Johnson

and also to the following and state as follows:

>Notice to principal is notice to agent; notice to agent is notice to principal to

>Robert Torres, Acting Secretary of State
>Commonwealth of Pennsylvania Office of the Secretary
>302 North Office Building
>Harrisburg, PA 17120.

July 8, 2018, Lehigh County, Pennsylvania.

>/s/ Edward Thomas Kennedy    -SEAL-

>_____

>Edward Thomas Kennedy
>401 Tillage Road
>Breinigsville, Pennsylvania 18031
>Email: kennedy2018@alumni.nd.edu

-4-

CERTIFICATE OF SERVICE

I certify that on July 8, 2018, I electronically filed a copy of

Notice to Clerk of Court TAKE JUDICIAL COGNIZANCE

with the Clerk of the Court using CM/ECF system.

*/s/ Edward Thomas Kennedy* -seal

_____

EDWARD THOMAS KENNEDY

-4-