August 3, 2018

Sent USPS 2 Day Priority mail

United States Marshals Service
Middle District of Pennsylvania Scranton - District Headquarters
William J. Nealon Federal Building and U.S. Courthouse
235 North Washington Avenue, Room 215
Scranton, PA 18503

Dear Sir or madam:

    Without delay, kindly perform service of process.

    Enclosed please find 11 original signed forms - Forms USM-285 plus 5 copies of each form for Defendants and a copy of the Motion to Compel.

Date: August 3, 2018, County of Lehigh, Pennsylvania.

                                          /s/ *Edward Thomas Kennedy*   ---seal---
                                          _____
                                          Edward Thomas Kennedy
                                          401 Tillage Road
                                          Breinigsville, PA 18031
                                          415-275-1244
                                          Email: kennedy2018@alumni.nd.edu

United States Marshals Service
Middle District of Pennsylvania Scranton - District Headquarters
William J. Nealon Federal Building and U.S. Courthouse
235 North Washington Avenue, Room 215
Scranton, PA 18503