-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

              Civil Action

  Plaintiff,

              NO. 18- CV-00777-MEM-WIA

  v.

EVANCHICK, et. al.,

  Defendants.

### MOTION TO COMPEL SERVICE OF PROCESS

1. Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court of record to grant this Motion to Compel Service of Process to the following Defendants:

1. ROBERT EVANCHICK, in his official and individual capacities,
2. BRADLEY J. GETZ, in his official and individual capacities,
3. TYREE C. BLOCKER, in his official and individual capacities,
4. RICHARD H. D'AMBROSIA, in his official and individual capacities,
5. PENNSYLVANIA STATE POLICE (PSP), all 1 to 5 at PSP Headquarters, 1800 Elmerton Avenue, Harrisburg, PA 17110
6. LESLIE S. RICHARDS, in her official and individual capacities,
7. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION (PDOT), and both 6 and 7 at PDOT Headquarters, 400 North Street, harrisburg, PA 17120
8. GREGORY D. JOHNSON, Magistrate, in his official and individual capacities, at 1025 Peters Mountain Road, Dauphin, PA 17018
9. JOSHUA DAVID SHAPIRO, in his official and individual capacities, Strawberry Square, 16TH FLOOR, Harrisburg, PA 17120
10. THOMAS G. SAYLOR, in his official and individual capacities, 200 North 3RD Street, 16th Floor, Harrisburg, PA 17101
11. COMMONWEALTH OF PENNSYLVANIA, SERVE AT ROBERT TORRES, SECRETARY OF STATE (ACTING) 401 NORTH STREET, HARRISBURG, PA 17120-0500

Date: August 3, 2018, County of Lehigh, Pennsylvania.

/s/ *Edward Thomas Kennedy*   ---seal---
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
415-275-1244
Email: kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on August 3, 2018 that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS, CERTIFICATE OF SERVICE and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS to the United States District Court for the Middle District of Pennsylvania via ECF and via US Mail, 2 DAY Priority with a tracking number to the following:

>United States Marshals Service
>Middle District of Pennsylvania Scranton - District Headquarters
>William J. Nealon Federal Building and U.S. Courthouse
>235 North Washington Avenue, Room 215
>Scranton, PA 18503


>and DEFENDANT COMMONWEALTH OF PENNSYLVANIA
>via ECF.

/s/ Edward Thomas Kennedy   *(seal)*

_____
EDWARD THOMAS KENNEDY