IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                Civil Action No. 3: 18-cv-00777

v.

ROBERT EVANCHICK, INC. et al.,

    Defendants.

## OBJECTION

    Edward Thomas Kennedy, "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the Order and document titled "Order" dated August 3, 2018, ECF Document 14.

Date: August 3, 2018, County of Lehigh, Pennsylvania.

                                               /s/ Edward Thomas Kennedy--SEAL---

                                             _____

                                             Edward Thomas Kennedy
                                             401 Tillage Rd, Breinigsville, Pennsylvania
                                             Email: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 20, 2018 that I filed a copy of the above OBJECTION with the Clerk of Court at the US District Court via ECF.

Dated this 3rd day of August, 2018

/s/ *Edward Thomas Kennedy* ---SEAL---

_____

Edward Thomas Kennedy

-2-