IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                  Civil Action No. 3: 18-cv-00777

    v.

ROBERT EVANCHICK, INC. et al.,

    Defendants.

## TAKE JUDICIAL COGNIZANCE

Edward Thomas Kennedy, "Plaintiff", is one of the people of Pennsylvania, and in this court of record states TAKE JUDICIAL COGNIZANCE of Trespass on the Case concerning document titled "Order" dated August 3, 2018, ECF Document 14.

Date: August 3, 2018, County of Lehigh, Pennsylvania.

                                  /s/ Edward Thomas Kennedy--SEAL---

                                _____

                                Edward Thomas Kennedy
                                401 Tillage Rd, Breinigsville, Pennsylvania
                                Email: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 20, 2018 that I filed a copy of the above TAKE JUDICIAL COGNIZANCE with the Clerk of Court at the US District Court via ECF.

Dated this 3rd day of August, 2018

/s/ *Edward Thomas Kennedy* ---SEAL---

_____

Edward Thomas Kennedy

-2-