IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

        v.

EVANCHICK, et. al.,

        Defendants.

Civil Action

NO. 18- CV-00777-MEM-WIA

NOTICE
TAKE JUDICIAL COGNIZANCE

    1    I, Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") am one of the people of Pennsylvania, and in this court of record wishes Willian I. Arbuckle, U.S. Magistrate Judge, to immediately resign from office for knowingly violating the Law of the Case, Exhibit 1, [1]U.S. Law U.S. Constitution right to a speedy trial, trespass on the case, and (probable) obstruction of justice and (probable) contempt of court. William I. Arbuckle is not independent and not impartial.

    2.    I, Edward Thomas Kennedy, am one on the people of Pennsylvania, and demand justice, and agree with the following quote by United States Supreme Court Justice Brett Kavanaugh:

As Justice Kennedy showed us, a judge must be independent, not swayed by public pressure. Our independent judiciary is the crown jewel of our constitutional republic. The Supreme Court is the

---

[1] LAW OF THE CASE, Exhibit "1" is incorporated by reference as though fully stated herein. The date of the claim is the date of the hearing Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.

-1-

last line of defense for the separation of powers, and for the rights and liberties guaranteed by the Constitution.[2]

Date: August 6, 2018.

/s/ *Edward Thomas Kennedy*   ---seal---
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Phone: 415-275-1244 (message capable)
Fax:570-609-1810
Email: kennedy2018@alumni.nd.edu.

---

[2] I Am an Independent, Impartial Judge, link here: https://www.wsj.com/articles/i-am-an-independent-impartial-judge-1538695822

CERTIFICATE OF SERVICE

I certify that on August 6, 2018 that I filed a copy of the above NOTICE with the United States District Court for the Middle District of Pennsylvania by ECF.

/s/ *Edward Thomas Kennedy*   -seal-

_____
EDWARD THOMAS KENNEDY