IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

v.

EVANCHICK, et. al.,

      Defendants.

Civil Action

NO. 18- CV-00777-MEM-WIA

FILED
SCRANTON

OCT 0 9 2018

PER_____ DEPUTY CLERK

## FINDINGS OF FACT

THE COURT, on its own motion, makes the following findings of fact based upon the court record and upon the contents of the judicial notice dated October 5, 2018

1. Edward Thomas Kennedy is one of the People as contemplated in the Preamble of the Pennsylvania Constitution.
2. This court is a court of record.
3. All parties and court personnel have been properly apprised of the foregoing.
4. William I. Arbuckle is hereby given notice of probable contempt of court.

DATED: October 5, 2018

                THE COURT
                By

                _____
                Edward Thomas Kennedy
                Attornatus Privatus

St L Dominic Kennedy
401 Tillage Rd.
Brenissville PA 18031

HARRISBURG
PA 171
05 OCT '18
PM 2 L

10/05/2018
US POSTAGE
$00.47
ZIP 19530
041L11245010

Clerk of Court
US District Court MD Pa
235 No. Washington St. Ave.
Scranton PA 18503

RECEIVED
SCRANTON
OCT 09 2018
PER _____
DEPUTY CLERK

16503-151299