IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
        Plaintiff,

                                          No. 3:18-cv-00777

ROBERT EVANCHICK, et al.,
        Defendants

OBJECTION TO ORDER

TAKE JUDICIAL COGNIZANCE

    1.    Edward Thomas Kennedy is one of the people of Pennsylvania, and in this court of record objects to the ECF document 23 titled "Order" filed October 10, 2018, signed by Malachy E. Mannion, on behalf of this Court of record, for it violates law.

    2.    The country is a Republic, and not a Judicial dictatorship.

Date: October 15, 2018.

                                                            /s/ *Edward Thomas Kennedy*
                                                            _____
                                                            Edward Thomas Kennedy [MBA]
                                                            401 Tillage Road
                                                            Breinigsville, PA 18031
                                                            Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018 that I filed a copy of the above  OBJECTION TO ORDER with the Clerk of Court via ECF.

/s/ *Edward Thomas Kennedy*
(seal)

_____
Edward Thomas Kennedy

Date: October 15, 2018