Christopher C. Conner, Chief Judge
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

Dear Chief Judge Conner:

Re: My Four Complaints, Case Numbers 3:18-cv-00697-RDM-SES, 3:18-cv-00777-MEM-WIA, 3:18-cv-00787-RDM-SES and 1:18-cv-04274-CM[1]

## TAKE JUDICIAL NOTICE

1. Pursuant to under Federal Rules of Evidence Rule 201(c)(2) TAKING NOTICE, (The court:) must take judicial notice if a party requests it and the court is supplied with the necessary information.

2. Plaintiff Kennedy requests this court, a court of record record, to notice the following necessary information :

3. 28 U.S. Code § 1361 - Action to compel an officer of the United States to perform his duty. The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to

---

[1] Transferred without Plaintiff's consent.

1

## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 4th day of September, 2018, the foregoing TAKE JUDICIAL NOTICE, were served via US mail as indicated as follows:

>Samuel Anthony Alito, Associate Justice
>Supreme Court of the United States
>1 First Street, NE
>Washington, DC 20543

>Christopher C. Conner, Chief Judge
>U.S. District Court
>Middle District of Pennsylvania
>PO Box 1148
>235 N. Washington Avenue
>Scranton, PA 18501-1148

_____(seal)
EDWARD THOMAS KENNEDY

Date: September 4, 2018.

Father Edward Kennedy
401 Tillage Road
Breinigsville, PA 18031

RECEIVED
SCRANTON
SEP 06 2018
PER_____

HARRISBURG PA 170
04 SEP 2018 PM 3 T

Christopher C. Conner, Chief Judge
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

185013500i