IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

v.

EVANCHICK, et. al.,

        Defendants.

Civil Action

NO. 3: 18- CV-00777-MEM-WIA

Objection

1.    Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record Objects to Order, ECF Document 23, filed 10/10/18, for it obstructs justice, and violates the Law of the Case.

Date: October 30, 2018, County of Lehigh, Pennsylvania.

        /s/ *Edward Thomas Kennedy*   ---seal---
        _____
        Edward Thomas Kennedy
        401 Tillage Road
        Breinigsville, PA 18031
        415-275-1244
        Email: kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on October 30, 2018 that I filed a copy of the above Objection

to the United States District Court for the Middle District of Pennsylvania via ECF.

/s/ Edward Thomas Kennedy   (seal)

_____
EDWARD THOMAS KENNEDY