IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Civil Action

    Plaintiff,

        NO. 3: 18- CV-00777-MEM-WIA

    v.

EVANCHICK, et. al.,

    Defendants.

## Objection

I, Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") am one of the people of Pennsylvania, and in this court of record Objects to Order, ECF Document 27, entered on 11/5/2018 at 2:40 PM EST and filed on 11/5/2018, for it it not my wish, obstructs justice, and violates the Law of the Case, Exhibit 1.

Date: November 6, 2018, County of Lehigh, Pennsylvania.

        /s/ *Edward Thomas Kennedy*   ---seal---
        _____
        Edward Thomas Kennedy
        401 Tillage Road
        Breinigsville, PA 18031
        415-275-1244
        Email: kennedy2018@alumni.nd.edu

-2-

CERTIFICATE OF SERVICE

I certify that on November 6, 2018 that I filed a copy of the above Objection to the United States District Court for the Middle District of Pennsylvania via ECF.

>*/s/ Edward Thomas Kennedy*  **(seal)**
>
> _____
> EDWARD THOMAS KENNEDY