IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

v.

EVANCHICK, et. al.,

        Defendants.

Civil Action

NO. 3: 18- CV-00777-MEM-WIA

Objection

I, Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") am one of the people of Pennsylvania, and in this court of record Objects to the Universal Charter of the Judge,[1] especially Art. 12 - Associations, for it violates the Law of the Case, Exhibit 1.

Date: November 6, 2018, County of Lehigh, Pennsylvania.

        /s/ *Edward Thomas Kennedy*   ---seal---
        _____
        Edward Thomas Kennedy
        401 Tillage Road
        Breinigsville, PA 18031
        415-275-1244
        Email: kennedy2018@alumni.nd.edu

---

[1] https://www.domstol.dk/om/otherlanguages/english/publications/Publications/The%20universal%20charter%20of%20the%20jugde.pdf

CERTIFICATE OF SERVICE

I certify that on November 6, 2018 that I filed a copy of the above Objection

to the United States District Court for the Middle District of Pennsylvania via ECF.

*/s/ Edward Thomas Kennedy*   *(seal)*

_____

EDWARD THOMAS KENNEDY