IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                        Action No. 18-777

    v.

ROBERT EVANCHICK, et. al.,

    Defendants.

Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause

Take Judicial Cognizance

    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record moves for an order granting his Motion for Recusal for Cause concerning the Judge assigned to administer this case, an Obama administration appointee.

    1.    The Supreme Court of the United States said that "Recusal is required when, objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is too high to be constitutionally tolerable.'"[1]

    2.    Kennedy hereby now reasonably questions said Judges' impartially, and respectfully wishes him to recuse from this case due to the long term, ongoing "birther" controversy on the public record now very public among and concerning Barack Obama,

---

[1] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;
Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

Michelle Obama, and President Donald J. Trump, for it is probable that Kennedy is injured by the assigned Judges in loss of rights, for the assigned Judges were appointed by Barack Obama.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Motion for Recusal for Cause and recuse!

[2]Date: November 20, 2018

                                        Respectfully submitted,

                                        /s/ *Edward Thomas Kennedy*   (seal)

                                        _____

                                        EDWARD THOMAS KENNEDY

                                        401 Tillage Road
                                        Breinigsville, Pennsylvania 18031
                                        Email: kennedy2018@alumni.nd.edu
                                        Telephone: 415-275-1244.

---

[2] Recusal is mandatory.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause and Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause has been filed by ECF with the Clerk of this Court and thus served upon the court and the assigned Judge.

/s/ *Edward Thomas Kennedy*   (seal)

_____

EDWARD THOMAS KENNEDY

Date: November 20, 2018