# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**EDWARD THOMAS KENNEDY**           :

    **Plaintiff**                :         **CIVIL ACTION NO. 18-777**

    **v.**                      :         **(MANNION, D.J)**
                                          **(ARBUCKLE, M.J.)**

**ROBERT EVANCHICK**, *et al.*      :

    **Defendants**             :

## ORDER

Presently before the court is the plaintiff's document entitled "Objection". (Doc. 34). In reviewing the record it appears the plaintiff is objecting to the order entered by the undersigned on November 26. 2018. (Doc. 33).

The clerk of court shall re-docket the objection as a Notice of Appeal and proceed to report the appeal to the Third Circuit in accordance with the standard procedures.

*Malachy E. Mannion*
  **MALACHY E. MANNION**
  **United States District Judge**

**DATE: November 28, 2018**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2018 ORDERS\18-777-04.docx