BLD-114                                                                                February 28, 2019
<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>18-3606</u>

EDWARD THOMAS KENNEDY, Appellant

VS.

ROBERT EVANCHICK, et al.

(M.D. Pa. Civ. No. 3:18-cv-00777)

Present:     AMBRO, KRAUSE, and PORTER, <u>Circuit</u> <u>Judges</u>

      Submitted is by the Clerk for possible dismissal due to a jurisdictional defect in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

      The appeal is dismissed for lack of appellate jurisdiction. Appellate jurisdiction attaches over an appeal from a final order under 28 U.S.C. § 1291, from a collateral order under the doctrine of <u>Cohen v. Beneficial Industrial Loan Corp.</u>, 337 U.S. 541, 546 (1949), from an appropriate order relating to the grant or denial of injunctive relief under 28 U.S.C. § 1292(a), and over questions certified pursuant to Federal Rule of Civil Procedure 54(b). <u>See</u> <u>In re Briscoe</u>, 448 F.3d 201, 211 (3d Cir. 2006). This appeal is a challenge to an order denying a motion to recuse. We do not have appellate jurisdiction to consider such an appeal at this time. <u>See</u> <u>In re Sch. Asbestos Litig.</u>, 977 F.2d 764, 774 (3d Cir. 1993); <u>see also</u> <u>Pittsburgh v. Simmons</u>, 729 F.2d 953, 954 (3d Cir. 1984) ("A refusal to recuse is reviewable only after final judgment.").

      To the extent that we may construe Appellant's notice of appeal as a petition for writ of mandamus, we may review the District Court's refusal to recuse pursuant to 28 U.S.C. § 455. <u>See</u> <u>In re Antar</u>, 71 F.3d 97, 101 (3d Cir. 1995), <u>overruled on other grounds by</u> <u>Smith v. Berg</u>, 247 F.3d 532, 534 (3d Cir. 2001). However, we conclude that

the extraordinary remedy of a writ of mandamus is not warranted in this matter.  See <u>In re Kensington Int'l Ltd.</u>, 368 F.3d 289, 301 & n.12 (3d Cir. 2004); <u>In re United States</u>, 666 F.2d 690, 694 (1st Cir. 1981).

        By the Court,

        <u>s/ Cheryl Ann Krause</u>
        Circuit Judge

Dated: March 11, 2019
Lmr/cc: Edward T. Kennedy

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate