IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

v.                                    Case No. 3:18-cv-00777

ROBERT EVANCHICK, et. al.,
    Defendants.

## NOTICE and OBJECTION

NOTICE

1. 28 U.S. Code § 453.

2. 18 U.S. Code § 242.

3. PA Code Title 18 Sec. § 321. Court of record.

4. Judicial immunity is a myth.

I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 41, pursuant to 18 U.S. Code § 242, by the (part-time) U.S. Magistrate Judge, as not relevant, for he exceeded his jurisdiction,[1] injures the Plaintiff in loss of rights, and for he has no discretion in this court of record.

Date: May 3, 2019.

                                              Respectfully submitted,

---

[1] All office holders take oaths to tell the truth, which means not to lie, misconstrue, misstate, misinform or put false records into a court of law, and disclose all conflicts of interest. Magistrate Arbuckle is in private practice and a part-time Judge, a breach of duty to the Plaintiff and a breach of his oath of office.

1

*/s/ Edward Thomas Kennedy   (seal)*

_____

Edward Thomas Kennedy, MBA

all rights reserved under UCC § 1-308.

800 Court Street, Apt 223

Reading, PA 19601

(415) 275-1244

Fax (570) 609-1810

pillar.of.peace.2012@gmail.com

Case 3:18-cv-00777-MEM   Document 42   Filed 05/03/19   Page 2 of 3

2

## CERTIFICATE OF SERVICE

I certify that on May 3, 2019 that I filed a copy of the above Notice and Objection to the M.D. Pa. by ECF, and served the (part-time) U.S. Magistrate at his stated office address by regular US mail at the following location:

        William I. Arburkle, III
        US Magistrate M.D. Pa.
        240 W Third St, Ste 320
        Williamsport, PA 17701.


        /s/ *Edward Thomas Kennedy*   (seal)

        _____
        Edward Thomas Kennedy


Date: May 3, 2019